

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2018

No. 04-18-00025-CV

Roderick **SANCHEZ**, In His Official Capacity as Director, Development Services Department, City of San Antonio, and Development Services Department, City of San Antonio, Appellants

v.

**BOARD OF ADJUSTMENT** for the City of San Antonio and Map Industries, LLC d/b/a U-Pull-It, Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-02439
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

Appellants' brief was filed July 11, 2018. After extensions of time were granted, appellee Map Industries, LLC. d/b/a U-Pull It's brief is due September 28, 2018, and appellee Board of Adjustment for the City of San Antonio's brief is due October 10, 2018. On September 17, 2018, appellants filed an unopposed motion to abate the appeal. In the motion, appellants advise this court that "[t]he parties have reached a tentative settlement agreement to settle the underlying litigation between them, including the dispute giving rise to the appeal in this cause. The parties are currently working to conclude preparation and execution of relevant settlement documents." settled their complaints." Based on the tentative settlement, appellants request that we abate this appeal for sixty days to allow time to conclude the settlement.

Based on the foregoing, we **GRANT** the unopposed motion to abate. We **ORDER** this appeal abated until further order of this court. We **ORDER** appellants to file, **on or before November 16, 2018**, a motion to dismiss the appeal or a report advising this court of the status of the settlement.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2018.



KEITH E. HOTTLE,
Clerk of Court